# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ROBERT EATON**  **PLAINTIFF**
ADC #122109, ISO People
Worldwide

v.                        No. 4:25-cv-352-DPM

**JAMIE MORGAN, CEO, JP Morgan
Chase;  ASTHILDUR LOA
THORSDOTTIR, President, Iceland;
EBRAHIM RASOOL, Ambassador, Africa;
and BASHAR ASSAD, President, Syria**           **DEFENDANTS**

## ORDER

1.  The Court takes judicial notice of Eaton's current address: Ouachita River Correctional Unit, P.O. Box 1630, Malvern, Arkansas 72104. *Stutzka v. McCarville*, 420 F.3d 757, 760 n.2 (8th Cir. 2005). The Court directs the Clerk to update Eaton's mailing address.

2.  Eaton hasn't paid the $405 filing and administrative fees or filed an application to proceed *in forma pauperis*. He must do one or the other by 19 May 2025. If he doesn't, his case will be dismissed without prejudice. LOCAL RULE 5.5(c)(2). It isn't clear that Eaton knew he was listed as a plaintiff on this complaint. If he doesn't respond, the Court will assume he didn't know. The Court will further recommend that the dismissal not be counted as a strike. 28 USC § 1915(g).

3.    The Court directs the Clerk to mail Eaton an application to proceed *in forma pauperis* and a blank § 1983 form.   If the Court grants him permission to proceed *in forma pauperis*, then the administrative fee will be waived, but Eaton will have to pay the $350 filing fee in monthly installments taken from his prisoner account.   28 U.S.C. § 1915(b).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

23 April 2025