IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROBERT EATON                                                                PLAINTIFF
ADC #122109, ISO People
Worldwide

v.                          No. 4:25-cv-352-DPM

JAMIE MORGAN, CEO, JP Morgan
Chase; ASTHILDUR LOA
THORSDOTTIR, President, Iceland;
EBRAHIM RASOOL, Ambassador, Africa;
and BASHAR ASSAD, President, Syria                    DEFENDANTS

JUDGMENT

Eaton's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

27 May 2025